No. 25-50558

## UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

---

UNITED STATES,

                Appellee and Plaintiff,

vs.

GAVIN B. DAVIS,

                Appellant and Defendant.

---

## MOTION TO TIMELY ACCEPT <u>FRAP 9 FILING</u> (ECF 5, 6)

## & REQUEST THE RECORD ON AN EXPEDITED BASIS

---

Appellant-Defendant<br>
Gavin B. Davis, Pro Per (#00197510)<br>
6245 Waldon Walk<br>
San Antonio, Texas 78261

1.     On Jul. 18, 2025, the Circuit Court docketed Appellant-Defendant's FRAP 9 FILING (whether "Brief" or "Memorandum" or "Motion" or "Document" or "Filing") (ECF 5, with Errata at ECF 6) such is **submitted**, a priori, **under FRAP 9** – and ALWAYS necessitates timely review.

2.     Appellant-Defendant Notes, with prejudice, in 5CCA 24-50612, a FRAP 9 Motion was submitted on Sep. 26, 2024 (ECF 31); and, **the Circuit Court immediately (within one (1) hour) requested the Record on Appeal** "ELECTRONIC RECORD ON APPEAL REQUESTED from District Court for Expedited record requested for 5:22-CR-219-1. Electronic ROA due on 10/04/2024. [24-50612] (CAS) [Entered: 09/26/2024 11:23 AM]" (ECF 32). Appellant-Defendant respectfully requests the SAME TREATMENT in 25-50558 without unnecessary delay.

## CERTIFICATION AND CLOSING

By signing below, I certify to the best of my knowledge, information and belief that this Filing and accompaniments: (a) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (b) is supported by existing law; (c) the factual contentions have evidentiary support, or if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (d) the filing otherwise complies with the requirements known to the Appellant-Defendant, a layperson.

DATE: __Jul. 18, 2025_____          ___/s/ Gavin B. Davis_____
    **NUNC PRO TUNC**                          Mr. Gavin B. Davis, Pro Per
    to the earliest possible time              Appellant-Defendant

## DECLARATIONS MADE UNDER PENALTY OF PERJURY

All matters herein by the Appellant-Defendant are so declared under penalty of perjury as true and correct to the best of my knowledge and so declared as true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746.

DATE: __ Jul. 18, 2025_____          ___/s/ Gavin B. Davis_____

**NUNC PRO TUNC**                        Mr. Gavin B. Davis, Individually

to the earliest possible time         Appellant-Defendant

No. 25-50558

UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

UNITED STATES,

      Appellee and Plaintiff,

vs.

GAVIN B. DAVIS,

      Appellant and Defendant.

_____

CERTIFICATE OF SERVICE

I, Appellant-Defendant, certify that _____, the Filing denoted below, and any Attachments, was served, by _____, on the party addressed here below.

_____

_____

MOTION TO TIMELY ACCEPT FRAP 9 FILING (ECF 5, 6)

& REQUEST THE RECORD ON AN EXPEDITED BASIS
_____

Appellee-Plaintiff – United States
Ms. Bettina J. Richardson
Assistant U.S. Attorney
601 NW Loop 410, Suite 600
San Antonio, TX 78206
T: 210.384.7152; F: 210.384.7118; bettina.richardson@usdoj.gov